**Justin H. King, Esq.**
**State Bar No.: 268730**
**LAW OFFICES OF JUSTIN H. KING**
8301 Utica Avenue, Suite 101
Rancho Cucamonga, CA 92730
Telephone: 909/297-5001
Facsimile:  909/297-5126
Email: jking@justinkinglaw.com

**Attorney for Plaintiff BRANDON ALLAN VALLADARES**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALLAN VALLADARES, <br><br>  Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; FNU OFFICER BOYSTON; AND DOES 1 THROUGH 100, INCLUSIVE, <br><br>  Defendants. | Case No: 5:22-cv-01154-SP <br><br> **ORDER OF DISMISSAL** <br><br> Case Assigned to: <br> Magistrate Judge Sheri Pym |

///

///

///

1

ORDER OF DISMISSAL

Pursuant to stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated:  June 2, 2023

_____
MAGISTRATE JUDGE SHERI PYM
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 8301 Utica Avenue, Suite 101, Rancho Cucamonga, CA 91730.

On the date below, I served the foregoing document described as:

## ORDER OF DISMISSAL

on interested parties in the action by placing a true copy thereof in a separate envelope for each addressee named below and addressed to each such addressee as follows:

## SEE ATTACHED MAILING LIST

  **X   BY ELECTRONIC TRANSMISSION.  By the California Emergency Rule 12.  Only by e-mailing the document(s) to the persons at the email address(es) listed.  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic, as this office is mostly working remotely, not able to send physical mail as usual, and is therefore using electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after transmission.**

\_\_\_\_   I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Rancho Cucamonga, California on DATE

I am readily familiar with the business practice for collection and processing of correspondence and/or other items for mailing with the United States Postal Service.  Under that practice all correspondence and/or other items deposited with the United States Postal Service the same day it is collected and processed in the ordinary course of business.

\_\_\_\_   I caused such Fed Ex Overnight envelope to be placed in the Fed Ex Overnight receptacle located at 8350 Utica Avenue, Rancho Cucamonga, California 91730, on _____, 2023, before 5:00 p.m. that day.

I am readily familiar with the business practice by Fed Ex for collection and processing of correspondence and/or other items for mailing with Fed Ex.  Under

that practice all correspondence and/or other items deposited with/into the Fed Ex Overnight receptacle located on 8350 Utica Avenue, Rancho Cucamonga, California 91730, before 5:15 p.m. that day are collected and processed in the ordinary course of business that day.

__X_____   (State) I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

__X_____   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed this ____ day of May 2023, in Rancho Cucamonga, California.

_____
STACI PONCE

# ATTACHED MAILING LIST

## Valladares v. County of San Bernardino et al.

USDC Case No.: 5:22-cv-01154-SP

**Attorneys for Defendants San Bernardino County and FNU Officer Boyston**

Heidi K. Williams, Esq.
Deputy County Counsel
Tom Bunton
County Counsel
385 North Arrowhead Ave., Fourth Fl.
San Bernardino, CA 92415-0140

Tel.: (909) 387-4402
Fax: (909) 387-4069
Email: Heidi.williams@cc.sbcounty.gov